■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL VIRDREE, Appellant. [46 NYS3d 866]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered July 29, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.

■ CADLEROCK JOINT VENTURE II, L.P., Appellant, v EVELYN CARRION et al., Respondents. [48 NYS3d 58]—

Order, Supreme Court, Bronx County (Mark Friedlander, J.), entered on or about June 8, 2012, which, following a traverse hearing, granted defendants' motion to vacate a default judgment for lack of personal jurisdiction, unanimously affirmed, without costs.

Because plaintiff did not appeal from the separate order granting a traverse hearing, we will not address its arguments directed to that order.

The appellate record shows that the purpose of defendants' first appearance was to assert a jurisdictional defense based on improper service. Under the circumstances, we do not find that defendants waived their jurisdictional defense (*cf. McGowan v Hoffmeister*, 15 AD3d 297 [1st Dept 2005]).

The court's determination that defendants were not personally served turned in large part on its finding that the testimony of defendant Evelyn Carrion was more credible than that of the process server. There is no basis to disturb the court's credibility determinations, which are entitled to deference on appeal (*Arrufat v Bhikhi*, 101 AD3d 441, 442 [1st Dept 2012]).

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Acosta, J.P., Renwick, Moskowitz, Feinman and Gesmer, JJ.